# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2014

### NO. 03-14-00218-CV

**Travis County Attorney, Appellant**

**v.**

**J. H., Appellee**

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on February 21, 2014. The Travis County Attorney has filed a motion to dismiss the appeal, requesting that this Court render judgment effectuating the parties' agreement. Having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal, rendering judgment effectuating the parties' agreement. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.